UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLEN TEAGUE and MARIE TEAGUE, husband and wife,<br><br>            Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>            Respondents. | Case No. 1:10-CV-00499-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioners take nothing from the Respondents ant this case is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

DATED: **February 21, 2012**

*[signature]*

~~Honor~~able Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**