UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLEN TEAGUE and MARIE TEAGUE, husband and wife, | Case No. 1:10-CV-00499-EJL |
| Petitioners, | **JUDGMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, | |
| Respondents. | |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioners take nothing from the Respondents ant this case is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

DATED: **February 21, 2012**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1